J. STEPHEN STREET    1573-0
Attorney At Law
134 Maono Place
Honolulu, Hawaii  96821
Telephone No.:    (808) 754-1647
Facsimile No.:    (888) 334-6499
E-mail:      jsstreet@ip-law-hawaii.com

DANE ANDERSON        9349-0
Attorney At Law, LLLC
P.O. Box #1621
Honolulu, Hawaii  96806
Telephone No.:    (808) 285-4760
E-mail:      dane@andersonlawhawaii.com

Attorneys for Plaintiff
VINCENT KHOURY TYLOR

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR,<br><br>             Plaintiff,<br><br>    vs.<br><br>OVERMAN HAWAII INT'L -<br>ALOHA HAWAIIAN VACATIONS<br>LLC, a North Carolina Limited<br>Liability Company, dba OVERMAN<br>HAWAII INT'L – ALOHA<br>HAWAIIAN VACTIONS LLC and/or<br>ALOHA HAWAIIAN VACATIONS -<br>OVERMAN HAWAII INT'L, LLC;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; and DOE<br>ASSOCIATIONS 1-10, | ) CIVIL NO. 17-00064_____<br>) (Copyright Infringement)<br>)<br>) COMPLAINT FOR COPYRIGHT<br>) INFRINGEMENTS AND DIGITAL<br>) MILLENNIUM COPYRIGHT ACT<br>) VIOLATIONS; EXHIBITS "A"-"D"<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

)
                        Defendants.     )

_____ )

## COMPLAINT FOR COPYRIGHT INFRINGEMENTS
## AND DIGITAL MILLENNIUM COPYRIGHT ACT VIOLATIONS

COMES NOW Plaintiff VINCENT KHOURY TYLOR, by his

attorneys, J. Stephen Street, Attorney at Law, and Dane Anderson, Attorney at

Law, LLLC, and for his complaint alleges as follows:

### PARTIES

1.      Plaintiff VINCENT KHOURY TYLOR ("Plaintiff") is a

resident of the State of Hawaii.

2.      Upon information and belief, Defendant OVERMAN HAWAII

INT'L - ALOHA HAWAIIAN VACATIONS LLC ("AHV") is a North Carolina

limited liability company with its principal place of business in Liberty, North

Carolina, and is doing business in the State of Hawaii.

3.      JOHN DOES 1-10, JANE DOES 1-10, DOE

CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and DOE

ASSOCIATIONS 1-10 are named herein under fictitious names for the reason that,

after investigation of the facts of this action, said Defendants' true names and

identities are presently unknown to Plaintiff except, upon information and belief,

that they are connected in some manner with the named Defendant and/or were the

agents, servants, employees, employers, representatives, co-venturers, associates,

successors or assignees of the named Defendant who may be under a duty,

contractually or otherwise, to pay Plaintiff compensation for loss incurred by the

actions or omissions of the named Defendant and/or were in some manner related

to the named Defendant and that their "true names, identities, capacity, activities

and/or responsibilities" are presently unknown to Plaintiff or his attorneys.  To

ascertain the full names and identities of JOHN DOES 1-10, JANE DOES 1-10,

DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, and DOE

ASSOCIATIONS 1-10, Plaintiff's counsel have investigated the facts alleged

herein through, *inter alia*, interview of Plaintiff and inspection of the records in

this matter.  When the true names and capacities are ascertained, through

appropriate discovery, Plaintiff shall move to amend this action to state the true

names.

## JURISDICTION AND VENUE

4.     This is an action for preliminary and permanent injunctive relief

and damages arising from AHV's copyright infringements in violation of the

United States Copyright Act, 17 U.S.C. §§ 101 *et seq*. and violations of the Digital

Millennium Copyright Act ("DMCA"), 17 U.S.C. § 1202.

5.     This Court has jurisdiction over the subject matter of this action

under 28 U.S.C. § 1331 and § 1338(a).

6.     Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 28 U.S.C. § 1400(a).

## FACTUAL ALLEGATIONS

7.     AHV manages and controls a commercial website, at http://www.aloha-hawaiian.com/, where customers can view information on AHV's travel business and the Hawaii vacation packages it offers to customers.

8.     AHV's "About Our Company and Products" page within AHV's commercial website, at http://www.aloha-hawaiian.com/hawaii-inclusive-vacation-package-about-us.php, states: "We offer All Inclusive Packages to all of the four main Hawaii Islands: Oahu (Waikiki Beach), Maui, Kauai and the Big Island of Hawaii;" "Also, unlike most travel agencies that offer hundreds of world destinations, we offer ONLY HAWAII;" "We also have six service offices in Hawaii to better serve our guests;" "We have wholesale contracts with Hawaii's top Hotel and Resort brands and select the best range of hotels and resorts from these for our packages;" and, "We also contract with the best transfer and lei greeting companies and the best tour, activity and entertainment Companies, plus some of Hawaii's best restaurants."

9.     AHV knowingly, systematically, and continuously transacts business and enters into contracts on an ongoing basis with and/or provides products or services to individuals or businesses in Hawaii and/or to individuals or

businesses intending to travel to or conduct business in Hawaii, and AHV transacts business or enters into contracts or business relationships with Hawaii businesses, including hotel, restaurant, and transportation businesses in Hawaii.

10.    AHV manages and controls a second commercial website, at http://www.hawaii-all-inclusive.net/, which is linked to its commercial website at http://www.aloha-hawaiian.com/, described in paragraphs 7 and 8, where customers can view information on AHV's travel business and the Hawaii vacation packages it offers to customers.

11.    AHV manages and controls a third commercial website, at http://a-hawaii-package.com, which is linked to its commercial websites at http://www.aloha-hawaiian.com/ and http://www.hawaii-all-inclusive.net/, described in paragraphs 7, 8 and 10, where customers can view information on AHV's travel business and the Hawaii vacation packages it offers to customers.

12.    AHV manages and controls a fourth commercial website, at http://www.11aloha.com, which is linked to its commercial websites at http://www.aloha-hawaiian.com/ and http://www.hawaii-all-inclusive.net/, described in paragraphs 7, 8 and 10, where customers can view information on AHV's travel business and the Hawaii vacation packages it offers to customers.

13.    AHV manages and controls a commercial web page on social media website https://www.pinterest.com ("Pinterest"), at

https://www.pinterest.com/alohahawaiian, titled "Aloha Hawaiian Vacations," to advertise and promote its business and vacation packages, and to encourage users of that Pinterest commercial web page to navigate to, or click on provided hyperlinks to be directly routed to one or more of AHV's commercial websites, described in paragraphs 7, 8, 10, 11, and 12, which are all linked to its Pinterest. AHV's commercial page on Pinterest has over 330 "followers."

14.    AHV manages and controls a commercial web page on social media website https://www.facebook.com ("Facebook"), at https://www.facebook.com/AlohaHawaiianVacations, titled "Aloha Hawaiian Vacations," to advertise and promote its business and vacation packages, and to encourage users of that Facebook commercial web page to navigate to, or click on provided hyperlinks to be directly routed to one or more of AHV's commercial websites, described in paragraphs 7, 8, 10, 11, and 12, which are all linked to its Facebook.  AHV's commercial page on Facebook has over 2,400 "like" clicks by users and 2,300 "followers."

15.    AHV manages and controls a commercial web page on social media website https://twitter.com/ ("Twitter"), at https://twitter.com/AlohaHawaiian1, titled "Aloha Hawaiian," to advertise and promote its business and vacation packages, and to encourage users of that Twitter commercial web page to navigate to, or click on provided hyperlinks to be directly

routed to one or more of AHV's commercial websites, described in paragraphs 7, 8, 10, 11, and 12, which are all linked to its Twitter.  AHV's commercial page on Twitter has over 150 "followers."

16.     AHV manages and controls a commercial web page on social media website https://www.instagram.com ("Instagram"), at https://www.instagram.com/aloha_hawaiian_vacations/, titled "aloha_hawaiian_vacations," to advertise and promote its business and vacation packages, and to encourage users of that Instagram commercial web page to navigate to, or click on provided hyperlinks to be directly routed to one or more of AHV's commercial websites, described in paragraphs 7, 8, 10, 11, and 12, which are all linked to its Instagram.  AHV's commercial page on Instagram has over 800 "followers."

17.     AHV manages and controls a commercial web page on social media website https://plus.google.com ("Google+"), at https://plus.google.com/+Aloha-hawaiian, titled "Aloha Hawaiian Vacations," to advertise and promote its business and vacation packages, and to encourage users of that Google+ commercial web page to navigate to, or click on provided hyperlinks to be directly routed to one or more of AHV's commercial websites, described in paragraphs 7, 8, 10, 11, and 12, which are all linked to its Google+. AHV's commercial page on Google+ has over 2,700 "followers."

18.    Each photographic work at issue in this case is an original work entitled to copyright protection pursuant to the copyright laws of the United States, and each photographic work at issue is duly registered with the United States Copyright Office.

19.    The twenty-seven (27) photographic works, image nos.: "K-08 Kee Beach"; "O-05 Chinamans Hat"; "O-24 Makapuu"; "A-19 Snorkel Hawaii"; "O-06 Hanauma Bay Wide"; "K-41 Tunnels Beach"; "A-10 Island Sunset"; "M-01 End of Hana"; "B-19 Pololu Valley Wide"; "O-22 Kanehoe Fish Pond"; "K-36 Haena Beach"; "A-15 Secluded Falls"; "K-22 Opaekaa Falls"; "K-11 Spouting Horn-foliage"; "M-07 Windsurfers"; "A-29 Tropical Oasis"; "K-24-B Kealia Beach"; "A-12-B LaniKai-girl"; "B-18 Green Beach"; "K-06-B Wailua Falls Rainbow"; "K-12 Lumahai Beach"; "F-02-B Bird of Paradise"; "M-25 Kaanapali Beach"; "A-20 Surfer at Twilight"; "M-24-D Black Beach foliage"; "M-22-B Honolua Bay"; and "O-01 Waikiki-Pink boat ORIGINAL VERSION", at issue in this case were created by Plaintiff, a professional photographer, who owns the copyrights to those works.  The copyrights for those photographic works were registered with the United States Copyright Office as 1) VA 1-696-555, effective December 17, 2009, and supplemented by form VA 1-432-741, effective June 20, 2011; 2) VA 1-696-552, effective December 17, 2009, and supplemented by form VA-1-432-820, effective June 20, 2011; 3) VA 1-789-671, effective October 5,

2011; and, 4) VA 1-759-562, effective January 29, 2011, in the name of Plaintiff, who has exclusive rights and privileges in those photographic works under the United States Copyright Act.   True and correct copies of the Certificates of Registration that relate to those photographic works are attached hereto as Exhibit "A."

20.     Seven (7) photographic works, image nos. "Oahu Beachs01"; "Hanama Bay"; "Hana Lagoons"; "Chinamans Hat02"; "Kauai Golf"; "Venice Falls, Maui-1"; and "Waikiki02", at issue in this case were created by photographer Vincent Scott Tylor, who has assigned by written assignment ownership of all rights, title, and interest in the copyrights to those respective photographic works at issue to Plaintiff.  The copyrights for those photographic works at issue were registered with the United States Copyright Office as 1) VA 1-761-524, effective February 8, 2011; and, 2) VA 1-801-448, effective January 11, 2012.  True and correct copies of the Certificates of Registration that relate to those photographic works are attached hereto as Exhibit "B."

21.     None of the said photographic works was a "work for hire."

22.     Plaintiff incurred substantial time and expense in creating the photographic works at issue, and Plaintiff licenses those photographic works for commercial and other uses.

23.     AHV is using the nine (9) photographic works at issue, without

obtaining licenses or consent from Plaintiff, for its commercial purposes on its

commercial website, Pinterest, Facebook, Twitter, Instagram, and Google+ pages,

as follows:

Image "**K-08 Kee Beach**" is/was being used at:

*Page URLs:*
http://www.aloha-hawaiian.com
http://www.aloha-hawaiian.com/Hawaii-Vacations-Inclusive-Blog/?p=231

https://www.pinterest.com/alohahawaiian/pins/
https://www.pinterest.com/alohahawaiian/kauai/
https://www.pinterest.com/pin/307652218275203632/

https://www.facebook.com/AlohaHawaiianVacations/
https://www.facebook.com/pg/AlohaHawaiianVacations/photos/
https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10153899289233390/?type=3&theater

https://twitter.com/AlohaHawaiian1
https://twitter.com/AlohaHawaiian1/status/693507260497027073

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/BBLHzy-QYD9/

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/YeRR2XZLeSU

*Image URLs:*
http://www.aloha-hawaiian.com/images/newsite/slideshow/keebeach.jpg  (1,600 x
600 pixels)
http://www.aloha-hawaiian.com/Hawaii-Vacations-Inclusive-Blog/wp-
content/uploads/2016/01/Kauais-Kee-Beach-2-800x315.jpg  (800 x 315 pixels)
https://s-media-cache-ak0.pinimg.com/564x/d0/03/5c/
d0035c9171f48c9e59c8ffb7f37fd078.jpg  (564 x 434 pixels)

https://scontent-sjc2-1.xx.fbcdn.net/v/t31.0-8/12622066_10153899289233390_940800040156532725_o.jpg?oh=2302e4f947478c904805d1814ff6cbda&oe=590647B4   (1600 x 1200 pixels)
https://pbs.twimg.com/media/CZ_VK2UUMAAXjaL.jpg:large   (1024 x 788 pixels)
https://lh3.googleusercontent.com/-7s5XjRFS1u8/Vq0GHOsybVI/AAAAAAAAgRg/I19Rr9zlafk/w1060-h796-p/Kauai%2527s%2BKee%2BBeach%2521.jpg   (1060 x 796 pixels)

Image "**O-05 Chinamans Hat**" is/was being used at:

*Page URLs:*
http://www.aloha-hawaiian.com

*Image URL:*
http://www.aloha-hawaiian.com/images/newsite/slideshow/chinamenshat.jpg (1,600 x 600 pixels)

Image "**O-24 Makapuu**" is/was being used at:

*Page URLs:*
http://www.aloha-hawaiian.com

*Image URL:*
http://www.aloha-hawaiian.com/images/newsite/slideshow/makapuu.jpg  (1,600 x 600 pixels)

Image "**A-19 Snorkel Hawaii**" is/was being used at:

*Page URLs:*
http://www.aloha-hawaiian.com

https://www.pinterest.com/alohahawaiian/pins/
https://www.pinterest.com/alohahawaiian/hawaiian-islands/
https://www.pinterest.com/pin/307652218267030722/

https://www.facebook.com/AlohaHawaiianVacations/
https://www.facebook.com/pg/AlohaHawaiianVacations/photos/
https://www.facebook.com/AlohaHawaiianVacations/photos/a.10151929297443390.1073741827.208801903389/10152274650293390/?type=3&theater

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/lqEEelwYIV/

https://twitter.com/AlohaHawaiian1

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/68X6MnyjUAm
https://plus.google.com/+Aloha-hawaiian/posts/5LDb6x8pSQT
https://plus.google.com/+Aloha-hawaiian/posts/7gHpsCXLui6

*Image URLs:*
http://www.aloha-hawaiian.com/images/newsite/slideshow/snorkel.jpg  (1,600 x 600 pixels)
https://s-media-cache-ak0.pinimg.com/564x/6d/1b/d8/6d1bd8945617da7562d753e533bfa0f3.jpg (564 x 564 pixels)
https://scontent-sjc2-1.xx.fbcdn.net/v/t1.0-9/1382100_10152274650293390_626610275_n.jpg?oh=1e6fea5a5964cbf1012e8a325aae86d5&oe=5949E174  (640 x 640 pixels)
https://pbs.twimg.com/media/Bi9PkiwCcAAH_Zj.jpg:large  (640 x 640 pixels)
https://lh3.googleusercontent.com/-cIcwIDq62hs/UydeeN6h1HI/AAAAAAAAEoE/_FD2-Wm8sMI/s1060-p/14%2B-%2B1  (1060 x 1060 pixels)
https://lh3.googleusercontent.com/-vFuMV47v3R0/UydeSuU4YkI/AAAAAAAAEnk/ESamjSNfZwI/s1060-p/14%2B-%2B1   (1060 x 1060 pixels)
https://lh3.googleusercontent.com/-vqxhQUgvWFs/UydeYFFDUiI/AAAAAAAAEnw/m3Ogsyw7VUQ/s1060-p/14%2B-%2B1   (1060 x 1060 pixels)

Image "**O-06 Hanauma Bay Wide**" is/was being used at:

*Page URLs:*
http://www.aloha-hawaiian.com

https://www.pinterest.com/alohahawaiian/pins/
https://www.pinterest.com/alohahawaiian/oahu/
https://www.pinterest.com/pin/307652218272245560/

https://www.facebook.com/AlohaHawaiianVacations/
https://www.facebook.com/pg/AlohaHawaiianVacations/photos/

https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10152270237918390/?type=3&theater

https://twitter.com/AlohaHawaiian1
https://twitter.com/AlohaHawaiian1/status/614795761017069568

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/4b2DD1QYLc/
https://www.instagram.com/p/lk61jQwYPi/

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/4XGUHuWTd5c
https://plus.google.com/+Aloha-hawaiian/posts/GYYu4FMmfdy
https://plus.google.com/+Aloha-hawaiian/posts/GNBS1kGqoht
https://plus.google.com/+Aloha-hawaiian/posts/e33kosxsxY1

https://plus.google.com/+Aloha-hawaiian/posts/WcsRvpDuF8b
https://plus.google.com/+Aloha-hawaiian/posts/YvYgTYhuv2v
https://plus.google.com/+Aloha-hawaiian/posts/LJmT2j5ZBYt

*Image URLs:*
http://www.aloha-hawaiian.com/images/newsite/slideshow/hanauma-bay-
inclusive-slideshow.jpg  (1,600 x 600 pixels)
https://s-media-cache-ak0.pinimg.com/564x/a4/99/41/
a49941948e34d0afa6d689b7b49bc36d.jpg  (564 x 564 pixels)
https://scontent-sjc2-1.xx.fbcdn.net/v/t1.0-
9/1904040_10152270237918390_917230812_n.jpg?oh=c58a077c4a662a256f5c82
d8c8ed9d0d&oe=593A56F6  (640 x 640 pixels)
https://pbs.twimg.com/media/CIgxd4XWIAA73eK.jpg:large   (1024 x 1024 pixels)
https://pbs.twimg.com/media/Biy7i-iCAAAkW2K.jpg:large  (640 x 640 pixels)
https://lh3.googleusercontent.com/-
YpbhqplUagg/VY8ZwFJo5uI/AAAAAAAAay0/R-fB7dE2kdc/w1060-h784-
p/Hanuma%2BBay%252C%2BOahu.jpg   (1060 x 784 pixels)
https://lh3.googleusercontent.com/-
TZAeWS38p2A/VY8ZmSl06wI/AAAAAAAAayQ/0siwGblEmJk/w1060-h784-
p/Hanuma%2BBay%252C%2BOahu.jpg   (1060 x 784 pixels)
https://lh3.googleusercontent.com/-xiMA6R1qnRk/VY6r-
FyVxrI/AAAAAAAAaxg/WTOy6QZ5cJk/w1060-h784-
p/Hanuma%2BBay%252C%2BOahu.jpg   (1060 x 784 pixels)

https://lh3.googleusercontent.com/-
F4jn4Rr_VPs/VY6r3XnTr9I/AAAAAAAAaw4/B_VMKOh1ULI/w1060-h784-
p/Hanuma%252C%2BOahu.jpg   (1060 x 784 pixels)
https://lh3.googleusercontent.com/-
Cc6RgScG42g/UyS6m1thLRI/AAAAAAAAEig/wVM0SNCLraQ/s1060-
p/14%2B-%2B1   (1060 x 1060 pixels)
https://lh3.googleusercontent.com/-jiYWM1-
DgYg/UyS60V0N1sI/AAAAAAAAEi0/k0UXYcD2brI/s1060-p/14%2B-%2B1
(1060 x 1060 pixels)
https://lh3.googleusercontent.com/-jUJTwkksf-
M/UyS6bKBpVyI/AAAAAAAAEiA/K8vo3Mbv7K4/s1060-p/14%2B-%2B1
(1060 x 1060 pixels)

Image "**K-41 Tunnels Beach**" is/was being used at:

*Page URLs:*
http://www.aloha-hawaiian.com

http://www.aloha-hawaiian.com/Hawaii-Vacations-Inclusive-Blog/
http://www.aloha-hawaiian.com/blog/

*Image URLs:*
http://www.aloha-hawaiian.com/images/newsite/slideshow/tunnels.jpg   (1,600 x
600 pixels)
http://www.aloha-hawaiian.com/Hawaii-Vacations-Inclusive-Blog/wp-
content/uploads/2014/10/Tunnels-Beach.jpg   (1,500 x 532 pixels)

Image "**A-10 Island Sunset**" is/was being used at:

*Page URLs:*
http://www.aloha-hawaiian.com
http://www.aloha-hawaiian.com/hawaii-honeymoon-inclusive-vacation-
packages.php
http://a-hawaii-package.com
http://www.11aloha.com

*Image URLs:*
http://www.aloha-hawaiian.com/images/newsite/HawaiiSunsetHoneymoon.jpg
(2,560 x 1,440 pixels)
http://www.11aloha.com/images/newsite/HawaiiSunsetHoneymoon.jpg

(2,560 x 1,440 pixels)

Image "**M-01 End of Hana**" is/was being used at:

*Page URL:*
http://www.aloha-hawaiian.com/hawaii-vacation-procedures.php

Image "**B-19 Pololu Valley Wide**" is/was being used at:

*Page URLs:*
http://www.aloha-hawaiian.com/hawaii-vacations-inclusive-site-map.php

https://www.pinterest.com/alohahawaiian/pins/
https://www.pinterest.com/alohahawaiian/big-island-of-hawaii/
https://www.pinterest.com/pin/307652218268035645/

https://www.facebook.com/AlohaHawaiianVacations/
https://www.facebook.com/pg/AlohaHawaiianVacations/photos/
https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10152544068443390/?type=3&theater

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/qUpAM0wYPd/

https://twitter.com/AlohaHawaiian1

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/BKCS9y8UwYw
https://plus.google.com/+Aloha-hawaiian/posts/hMoRP6t7xd1
https://plus.google.com/+Aloha-hawaiian/posts/g2RM5ARauXU

*Image URLs:*
https://s-media-cache-ak0.pinimg.com/564x/12/bf/eb/
12bfeb2d3b01a61ae7f01bf1bc0ec5ee.jpg  (564 x 423 pixels)
https://scontent-sjc2-1.xx.fbcdn.net/v/t31.0-
8/10466974_10152544068443390_8871327495600860565_o.jpg?oh=6daf6877b7
21be0e3858995c777abc9b&oe=594A6CF7   (1600 x 1200 pixels)
https://pbs.twimg.com/media/BsSXefgCIAA7qNF.jpg:large  (1024 x 768 pixels)

https://lh3.googleusercontent.com/-
ZO5_6AUYam4/U8A8jvXN7DI/AAAAAAAAKis/ijLFZ0wiDFs/w1060-h796-
p/Beautiful+Pololu+Valley%2C+Big+Island%2C+Hawaii.jpg  (1060 x 796 pixels)
https://lh3.googleusercontent.com/-
LfozY1m01OA/U8A8dQubROI/AAAAAAAAKiQ/IF_rKca3a98/w1060-h796-
p/Beautiful+Pololu+Valley%2C+Big+Island%2C+Hawaii.jpg   (1060 x 796
pixels)
https://lh3.googleusercontent.com/-
lFSGqniG3jU/U8A7U_pDW3I/AAAAAAAAKhw/QId8TZdaC1E/w1060-h796-
p/Beautiful%2BPololu%2BValley%252C%2BBig%2BIsland%252C%2BHawaii.j
pg  (1060 x 796 pixels)

Image "**O-22 Kanehoe Fish Pond**" is/was being used at:

*Page URLs:*
http://www.aloha-hawaiian.com/4_Islands_Oahu_Maui_Kauai
_Big_Island_All_Inclusive_Vacation_Package.php

https://www.pinterest.com/alohahawaiian/pins/
https://www.pinterest.com/alohahawaiian/oahu/
https://www.pinterest.com/pin/307652218267133831/

https://www.facebook.com/AlohaHawaiianVacations/
https://www.facebook.com/pg/AlohaHawaiianVacations/photos/
https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10152301754963390/?type=3&theater

https://twitter.com/AlohaHawaiian1

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/JUauQEmYDvP
https://plus.google.com/+Aloha-hawaiian/posts/AgHzfM8NNEG
https://plus.google.com/+Aloha-hawaiian/posts/Q1bjUkgsfmt

*Image URLs:*
https://s-media-cache-ak0.pinimg.com/564x/e3/49/48/
e34948335da5f0b35f284c8dc2bb57b5.jpg  (564 x 423 pixels)
https://scontent-sjc2-1.xx.fbcdn.net/v/t1.0-
9/10003892_10152301754963390_1924372208_n.jpg?oh=2861fd46d8ef08d26a2c
f1aaaaa8a62e&oe=5905C129  (640 x 640 pixels)

https://pbs.twimg.com/media/Bj7JCyaCcAAUCjX.jpg:large   (1024 x 768 pixels)
https://lh3.googleusercontent.com/-
v2uaE2m_xfY/Uzc2u5C7L8I/AAAAAAAAFX0/kTCDMaxxDZo/w1060-h796-
p/14%2B-%2B1   (1060 x 796 pixels)
https://lh3.googleusercontent.com/-
C13JbCF5CrQ/Uzc28IkgKGI/AAAAAAAAFYM/YhsHRohktUs/w1060-h796-
p/14%2B-%2B1   (1060 x 796 pixels)
https://lh3.googleusercontent.com/-
t6ECu8vLPHM/Uzc2qKdYLQI/AAAAAAAAFXk/HvnmR74nCKw/w1060-h796-
p/14%2B-%2B1   (1060 x 796 pixels)

Image "**K-36 Haena Beach**" is/was being used at:

*Page URLs:*
http://www.aloha-hawaiian.com/hawaii-vacation-all-inclusive-faqs.php

https://www.pinterest.com/alohahawaiian/pins/
https://www.pinterest.com/alohahawaiian/kauai/
https://www.pinterest.com/pin/307652218268523111/

https://www.pinterest.com/alohahawaiian/hawaiian-islands/
https://www.pinterest.com/pin/307652218266732763/

https://www.facebook.com/AlohaHawaiianVacations/
https://www.facebook.com/pg/AlohaHawaiianVacations/photos/
https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10152674647798390/?type=3&theater
https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10152198974273390/?type=3&theater

https://twitter.com/AlohaHawaiian1
https://twitter.com/AlohaHawaiian1/status/432641791607582723

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/sh_w0CQYJ1/
https://www.instagram.com/p/kNj3DdwYD4/

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/D15P5ZuRuSZ
https://plus.google.com/+Aloha-hawaiian/posts/Af724wUGVVZ

https://plus.google.com/+Aloha-hawaiian/posts/4KvG9hRgix9

https://plus.google.com/+Aloha-hawaiian/posts/3MFPGeUoUF6
https://plus.google.com/+Aloha-hawaiian/posts/ann7KooxpQS
https://plus.google.com/+Aloha-hawaiian/posts/LFPyKA6uEbo

*Image URLs:*
https://s-media-cache-ak0.pinimg.com/564x/47/67/61/
4767615154c4d0c357c0b8341691e6c1.jpg  (564 x 309 pixels)
https://s-media-cache-ak0.pinimg.com/564x/33/66/a8/
3366a87d8764bd10278b8750a0486a30.jpg  (564 x 564 pixels)
https://scontent-sjc2-1.xx.fbcdn.net/v/t31.0-
8/10688393_10152674647798390_217472561752057643_o.jpg?oh=a65a93038f5
aab4d662cf9be511b3844&oe=593A7BFF   (2048 x 1124 pixels)
https://scontent-sjc2-1.xx.fbcdn.net/v/t1.0-
9/1920235_10152198974273390_957565182_n.jpg?oh=8f392f3d0bb612b7c29225
669fbb4b6a&oe=593A99DF   (640 x 640 pixels)
https://pbs.twimg.com/media/BwtEgQVCcAInBZ3.jpg:large  (1024 x 562 pixels)
https://pbs.twimg.com/media/BgENaseCUAE93k0.jpg:large   (640 x 640 pixels)
https://lh3.googleusercontent.com/-
k9wNJO_6ilA/VAicNxXtphI/AAAAAAAAMro/8tFGiYWb79I/w1060-h582-
p/Kauai%2527s%2BHaena%2BBeach.pm.jpg  (1060 x 582 pixels)
https://lh3.googleusercontent.com/-
wVl58XSv9OY/VAicCo1Ke1I/AAAAAAAAMqw/3Hec15-gLsY/w1060-h582-
p/Kauai%27s%2BHaena%2BBeach.pm.jpg   (1060 x 582 pixels)
https://lh3.googleusercontent.com/-
3qI8WNYQSvI/VAib7rIsK6I/AAAAAAAAMqU/FtIJCaqyMXo/w1060-h582-
p/Kauai%2527s%2BHaena%2BBeach.pm.jpg  (1060 x 582 pixels)
https://lh3.googleusercontent.com/-
S80WiVLzTEw/UvgAPcE2XFI/AAAAAAAACyg/85jigypivBc/s1060-p/14%2B-
%2B1   (1060 x 1060 pixels)
https://lh3.googleusercontent.com/-
0c6jnedOyPU/UvgAY8fATBI/AAAAAAAACyw/sG0VQJwmM8E/s1060-
p/14%2B-%2B1   (1060 x 1060 pixels)
https://lh3.googleusercontent.com/-sp-
eoDCdHgw/Uvf_8HHlhiI/AAAAAAAACyM/7m0K846Truw/s1060-p/14%2B-
%2B1   (1060 x 1060 pixels)

Image "**A-15 Secluded Falls**" is/was being used at:

*Page URLs:*
https://www.pinterest.com/alohahawaiian/pins/
https://www.pinterest.com/alohahawaiian/hawaiian-islands/
https://www.pinterest.com/pin/307652218271945837/

https://twitter.com/AlohaHawaiian1
https://twitter.com/AlohaHawaiian1/status/607208036323594241

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/3l7fgPwYL9/

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/Tiny45uW2Bp

*Image URLs:*
https://s-media-cache-ak0.pinimg.com/564x/de/1a/0a/
de1a0a6bdc34d7133ab62e4aca432ee7.jpg  (564 x 564 pixels)
https://pbs.twimg.com/media/CG08enPUgAAbZho.jpg:large  (1024 x 1024 pixels)
https://lh3.googleusercontent.com/-
YZ2CNS8dhpA/VXMRIgSdPTI/AAAAAAAAZ9w/HRE6jEXNr6s/w1060-h796-
p/Oapaekaa%2BFalls%252C%2BKauai.jpg  (1060 x 796 pixels)

Image "**K-22 Opaekaa Falls**" is/was being used at:

*Page URLs:*
https://www.pinterest.com/alohahawaiian/pins/
https://www.pinterest.com/alohahawaiian/kauai/
https://www.pinterest.com/pin/307652218268469746/

https://www.facebook.com/AlohaHawaiianVacations/
https://www.facebook.com/pg/AlohaHawaiianVacations/photos/
https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10152658075758390/?type=3&theater
https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10152492656268390/?type=3&theater

https://twitter.com/AlohaHawaiian1
https://twitter.com/AlohaHawaiian1/status/505398756746227712

https://www.instagram.com/aloha_hawaiian_vacations/

https://www.instagram.com/p/sSiMi3QYBO/
https://www.instagram.com/p/pb1A52wYMh/

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/U8xsw71Xs8v
https://plus.google.com/+Aloha-hawaiian/posts/dvA17sWNsGE
https://plus.google.com/+Aloha-hawaiian/posts/1VhtgT3kUri

https://plus.google.com/+Aloha-hawaiian/posts/FN4hdoQ2bRV
https://plus.google.com/+Aloha-hawaiian/posts/iF32doUWU67
https://plus.google.com/+Aloha-hawaiian/posts/7sKFiGZPoi6

*Image URLs:*
https://s-media-cache-ak0.pinimg.com/474x/d6/1b/aa/
d61baa827634368ab4350e7fb347b707.jpg  (474 x 256 pixels)
https://scontent-sjc2-1.xx.fbcdn.net/v/t31.0-
8/10604523_10152658075758390_4658764833035833362_o.jpg?oh=fc7cc322b5
7907298054780142d9aac9&oe=590B05ED  (1920 x 1080 pixels)
https://scontent-sjc2-1.xx.fbcdn.net/v/t1.0-
9/10426343_10152492656268390_4170447528221822570_n.jpg?oh=242bbe51c2
2842da7b4fbbb90c79439f&oe=5942364D  (634 x 475 pixels)
https://pbs.twimg.com/media/BwOJfW4CUAAchDP.jpg:large  (1024 x 576 pixels)
https://pbs.twimg.com/media/BqgvmouCYAAU9uO.jpg:large  (634 x 475 pixels)
https://lh3.googleusercontent.com/-_rQxr7Mvs-
s/VACxlTZeMNI/AAAAAAAAMac/XGtV-iuu1Kg/w1060-h596-
p/Opaekaa%2BFalls%252C%2BKauai%252C%2BHawaii.%2BCan%2Bbe%2Bse
en%2Bin%2Bour%2BAll%2BInclusive%2BKauai%2BVacation%2BPackage.jpg
(1060 x 596 pixels)
https://lh3.googleusercontent.com/-
kdiTobtmwvw/VACxO5_36pI/AAAAAAAAMYM/IZ2Tx6p3Aos/w1060-h596-
p/Opaekaa%2BFalls%252C%2BKauai%252C%2BHawaii.%2BCan%2Bbe%2Bse
en%2Bin%2Bour%2BAll%2BInclusive%2BKauai%2BVacation%2BPackage.jpg
(1060 x 596 pixels)
https://lh3.googleusercontent.com/-
2Kwr1FhI2PU/VACxZ2o9PBI/AAAAAAAAMYw/HdDkss5w4xs/w1060-h596-
p/Opaekaa%2BFalls%252C%2BKauai%252C%2BHawaii.%2BCan%2Bbe%2Bse
en%2Bin%2Bour%2BAll%2BInclusive%2BKauai%2BVacation%2BPackage.jpg
(1060 x 596 pixels)

https://lh3.googleusercontent.com/-w8PLwHQ-
v7w/U6Mk97NeE2I/AAAAAAAAJYg/_0NY9gT38SY/w1060-h794-
p/Kauai%2BWaterfall%252C%2BHawaii.jpg  (1060 x 794 pixels)
https://lh3.googleusercontent.com/-
rSz1TFGv1LY/U6Mk2TWnswI/AAAAAAAAJYE/-vwjT6bx1E4/w1060-h794-
p/Kauai%2BWaterfall%252C%2BHawaii.jpg   (1060 x 794 pixels)
https://lh3.googleusercontent.com/-
56VhyOnrvWg/U6MkiuinqGI/AAAAAAAAJXc/Y8kxN7rVO2A/w1060-h794-
p/Kauai%2BWaterfall%252C%2BHawaii.jpg   (1060 x 794 pixels)

Image "**M-22-B Honolua Bay**" is/was being used at:

*Page URLs:*
https://www.pinterest.com/alohahawaiian/pins/
https://www.pinterest.com/alohahawaiian/maui/
https://www.pinterest.com/pin/307652218267498057/

https://www.facebook.com/AlohaHawaiianVacations/
https://www.facebook.com/pg/AlohaHawaiianVacations/photos/
https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10152395869768390/?type=3&theater

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/nyRwbrwYEt/

https://twitter.com/AlohaHawaiian1

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/KipjrNbLQ6p
https://plus.google.com/+Aloha-hawaiian/posts/1oNq1CTFcjN
https://plus.google.com/+Aloha-hawaiian/posts/bUWHfsgqQns

*Image URLs:*
https://s-media-cache-ak0.pinimg.com/564x/8c/39/e2/
8c39e20f63db668bd464700517dd8498.jpg  (564 x 423 pixels)
https://scontent-sjc2-1.xx.fbcdn.net/v/t1.0-
9/10271531_10152395869768390_7427872831831375279_n.jpg?oh=8f491ebe21
81d5c06a4c74b94a78b3fa&oe=5908705E  (640 x 640 pixels)
https://pbs.twimg.com/media/BnNq-tBCAAAshN4.jpg:large  (840 x 630 pixels)

https://lh3.googleusercontent.com/-
CmT0fnLb1bg/U20cbsAjedI/AAAAAAAAHqw/b5Eihjr0Uco/w1060-h796-
p/14%2B-%2B1   (1060 x 796 pixels)
https://lh3.googleusercontent.com/-
JIABCBxnlJs/U20cfBj3K6I/AAAAAAAAHrI/Csf536Y2HsQ/w1060-h796-
p/14%2B-%2B1   (1060 x 796 pixels)
https://lh3.googleusercontent.com/-
fN0dNgL1o7E/U20cX1_2YzI/AAAAAAAAHqo/CZM03j12OUU/w1060-h796-
p/14%2B-%2B1   (1060 x 796 pixels)

Image "**K-11 Spouting Horn-foliage**" is/was being used at:

*Page URLs:*
https://www.pinterest.com/alohahawaiian/pins/
https://www.pinterest.com/alohahawaiian/kauai/
https://www.pinterest.com/pin/307652218267489982/

https://www.facebook.com/AlohaHawaiianVacations/
https://www.facebook.com/pg/AlohaHawaiianVacations/photos/
https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10152393622263390/?type=3&theater

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/nv05NoQYEi/

https://twitter.com/AlohaHawaiian1

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/DEmfCGr1oRM
https://plus.google.com/+Aloha-hawaiian/posts/PajQvwkPRG2
https://plus.google.com/+Aloha-hawaiian/posts/KEpj3tQmGLK

*Image URLs:*
https://s-media-cache-ak0.pinimg.com/564x/67/92/e4/
6792e4313e67b5842bc89da7ef3fb798.jpg   (564 x 423 pixels)
https://scontent-sjc2-1.xx.fbcdn.net/v/t1.0-
9/10006947_10152393622263390_8737527586929838147_n.jpg?oh=0643d41707
c48246a73fa14330949aea&oe=590459DD   (640 x 640 pixels)
https://pbs.twimg.com/media/BnIw3JTCQAAfk1I.jpg:large   (1024 x 768 pixels)

https://lh3.googleusercontent.com/-
hI1Wcs12qcE/U2vZtOOGD2I/AAAAAAAAHnE/G1zi-9dAMc4/w1060-h796-
p/14%2B-%2B1   (1060 x 796 pixels)
https://lh3.googleusercontent.com/-
u4FFP_MNOug/U2vZdwrXHSI/AAAAAAAAHmk/dk4z0rjuhaY/w1060-h796-
p/14%2B-%2B1   (1060 x 796 pixels)
https://lh3.googleusercontent.com/-
r_ai0C1xclU/U2vZnnVpBII/AAAAAAAAHm0/GNYoIcHT5Ks/w1060-h796-
p/14%2B-%2B1   (1060 x 796 pixels)

Image "**M-07 Windsurfers**" is/was being used at:

*Page URLs:*
https://www.pinterest.com/alohahawaiian/pins/
https://www.pinterest.com/alohahawaiian/hawaiian-islands/
https://www.pinterest.com/pin/307652218267395620/

https://www.facebook.com/AlohaHawaiianVacations/
https://www.facebook.com/pg/AlohaHawaiianVacations/photos/
https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10152368515513390/?type=3&theater

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/nTiffLwYO_/

https://twitter.com/AlohaHawaiian1

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/PjZBtEGWjBw
https://plus.google.com/+Aloha-hawaiian/posts/BUo3hv4VFKV
https://plus.google.com/+Aloha-hawaiian/posts/REzoptGA8Dt

*Image URLs:*
https://s-media-cache-ak0.pinimg.com/564x/e3/d3/b7/
e3d3b7dffd7c1dc4b55d57c7b446064d.jpg   (564 x 399 pixels)
https://scontent-sjc2-1.xx.fbcdn.net/v/t1.0-
9/10152670_10152368515513390_3064925966779727392_n.jpg?oh=982102f77e
91ad098a5f08fd2ec98fc4&oe=5938546A   (640 x 640 pixels)
https://pbs.twimg.com/media/BmQLxujCQAEFTs4.jpg:large   (904 x 641 pixels)

https://lh3.googleusercontent.com/-MLWNwKIqp3M/U11e03MsGGI/AAAAAAAAHG0/2eATwaZ34kE/w1060-h752-p/14%2B-%2B1   (1060 x 752 pixels)

https://lh3.googleusercontent.com/-9sm5fr_Ihgc/U11eXhLY-BI/AAAAAAAAHGM/8BQu3_29hhA/w1060-h752-p/14%2B-%2B1   (1060 x 752 pixels)

https://lh3.googleusercontent.com/-AqhJxsmYwLU/U11eATTCcXI/AAAAAAAAHFM/4AR53OSb_pc/w1060-h752-p/14%2B-%2B1   (1060 x 752 pixels)

Image "**A-29 Tropical Oasis**" is/was being used at:

*Page URLs:*
https://www.pinterest.com/alohahawaiian/pins/
https://www.pinterest.com/alohahawaiian/hawaiian-islands/
https://www.pinterest.com/pin/307652218267404092/

https://www.facebook.com/AlohaHawaiianVacations/
https://www.facebook.com/pg/AlohaHawaiianVacations/photos/
https://www.facebook.com/AlohaHawaiianVacations/photos/a.10151929297443390.1073741827.208801903389/10152370762858390/?type=3&theater

https://twitter.com/AlohaHawaiian1
https://twitter.com/AlohaHawaiian1/status/460858668833972224

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/nWCh13QYA0/

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/7zsrHx6MMeu
https://plus.google.com/+Aloha-hawaiian/posts/V6ETqtbKWY3

*Image URLs:*
https://s-media-cache-ak0.pinimg.com/originals/3a/74/83/3a748312b7d502f030f113d8e39c64fd.jpg  (606 x 606 pixels)
https://scontent-sjc2-1.xx.fbcdn.net/v/t1.0-9/10269520_10152370762858390_8513487103364922531_n.jpg?oh=184481d0aed280703714776a4a9987a5&oe=590CDD98   (640 x 640 pixels)
https://pbs.twimg.com/media/BmVMhDdCIAAk6pp.jpg:large  (606 x 606 pixels)

https://lh3.googleusercontent.com/-
42dKTmPfFbI/U16nPGRVAZI/AAAAAAAAHKk/0uy4Cj1P8ao/s1060-
p/14%2B-%2B1   (1060 x 1060 pixels)
https://lh3.googleusercontent.com/--
0j15__cFJU/U16nIhp6cmI/AAAAAAAAHKI/kjsskh7vc58/s1060-p/14%2B-
%2B1   (1060 x 1060 pixels)


Image "**K-24-B Kealia Beach**" is/was being used at:

*Page URLs:*
https://www.pinterest.com/alohahawaiian/pins/
https://www.pinterest.com/alohahawaiian/kauai/
https://www.pinterest.com/pin/307652218267294503/

https://www.facebook.com/AlohaHawaiianVacations/
https://www.facebook.com/pg/AlohaHawaiianVacations/photos/
https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10152341901673390/?type=3&theater

https://twitter.com/AlohaHawaiian1

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/m3J83NQYIr/

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/FizZ6qvKA42
https://plus.google.com/+Aloha-hawaiian/posts/NzBdE1XPoQY
https://plus.google.com/+Aloha-hawaiian/posts/NTx6yFWeR1B

*Image URL:*
https://s-media-cache-ak0.pinimg.com/564x/31/d6/3b/
31d63bb587a25aa1b7bdfa499332548f.jpg   (564 x 317 pixels)
https://scontent-sjc2-1.xx.fbcdn.net/v/t1.0-
9/10157146_10152341901673390_1281197885041817368_n.jpg?oh=7a38ce578a
4d59a6bc6af43185812612&oe=5907BB69   (640 x 640 pixels)
https://pbs.twimg.com/media/BlXaEojCMAA6jtK.jpg:large   (1024 x 576 pixels)
https://lh3.googleusercontent.com/-hX3hzXV8-
iE/U07V00wZoVI/AAAAAAAAGh8/wQP2ZIMlZrc/w1060-h596-p/14%2B-
%2B1   (1060 x 596 pixels)

https://lh3.googleusercontent.com/-
qn84_dyz3WY/U07VoyyGdbI/AAAAAAAAGhU/L1o36nlcnSQ/w1060-h596-
p/14%2B-%2B1   (1060 x 596 pixels)
https://lh3.googleusercontent.com/-
BM5OV9q8BHo/U07VvJSk3uI/AAAAAAAAGho/qQUiYegQuXo/w1060-h596-
p/14%2B-%2B1   (1060 x 596 pixels)

Image "**A-12-B LaniKai-girl**" is/was being used at:

*Page URLs:*
https://www.pinterest.com/alohahawaiian/pins/
https://www.pinterest.com/alohahawaiian/oahu/
https://www.pinterest.com/pin/307652218266946262/

https://www.facebook.com/AlohaHawaiianVacations/
https://www.facebook.com/pg/AlohaHawaiianVacations/photos/
https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10152254119518390/?type=3&theater

https://twitter.com/AlohaHawaiian1
https://twitter.com/AlohaHawaiian1/status/442019634724610049

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/lQLUNRwYNP/

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/9BbA8iMdRnj
https://plus.google.com/+Aloha-hawaiian/posts/DR5x9eCvzJ7

*Image URLs:*
https://s-media-cache-ak0.pinimg.com/564x/89/87/53/
89875303c62a07b78a6b13ec543c3c0e.jpg  (564 x 564 pixels)
https://scontent-sjc2-1.xx.fbcdn.net/v/t1.0-
9/1975131_10152254119518390_204015653_n.jpg?oh=4bbc186689d77bfa78dc4
30670e7b86d&oe=594C0F68   (640 x 640 pixels)
https://pbs.twimg.com/media/BiJehAYCMAAo3wj.jpg:large  (640 x 640 pixels)
https://lh3.googleusercontent.com/-
AUMVxdmXwkA/UxocGxTw7CI/AAAAAAAAEGY/1mhI_1QC0i8/s1060-
p/14%2B-%2B1  (1060 x 1060 pixels)

https://lh3.googleusercontent.com/-
t5rIwSV9KpA/Uxob2B_X3bI/AAAAAAAAEFw/p0_qREpjeA0/s1060-p/14%2B-
%2B1   (1060 x 1060 pixels)

Image "**B-18 Green Beach**" is/was being used at:

*Page URLs:*
https://www.pinterest.com/alohahawaiian/pins/
https://www.pinterest.com/alohahawaiian/big-island-of-hawaii/
https://www.pinterest.com/pin/307652218266787759/

https://www.facebook.com/AlohaHawaiianVacations/
https://www.facebook.com/pg/AlohaHawaiianVacations/photos/
https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10152214098233390/?type=3&theater

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/kfWn3NQYNj/

https://twitter.com/AlohaHawaiian1

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/BCF8h6a3bfY
https://plus.google.com/+Aloha-hawaiian/posts/aoxSvDFMy3B
https://plus.google.com/+Aloha-hawaiian/posts/TrabeSZ5V3X

*Image URLs:*
https://s-media-cache-ak0.pinimg.com/564x/a2/a7/94/
a2a7949df3e45ce6c4335382744f1ebf.jpg   (564 x 564 pixels)
https://scontent-sjc2-1.xx.fbcdn.net/v/t1.0-
9/1010097_10152214098233390_1652665581_n.jpg?oh=d2f66af3f168c26929a9b
8a4f7455c6c&oe=593DBBC4   (640 x 640 pixels)
https://pbs.twimg.com/media/Bgn0nFSCcAAMlNT.jpg:large   (640 x 640 pixels)
https://lh3.googleusercontent.com/-
7fWlorAgvo8/UwEdH0z9iUI/AAAAAAAADG0/Zmg_wxlDj8o/s1060-p/14%2B-
%2B1   (1060 x 1060 pixels)
https://lh3.googleusercontent.com/-
O2I7l11ncE0/UwEcy3YqcII/AAAAAAAADGU/c82jfYAeSHg/s1060-p/14%2B-
%2B1   (1060 x 1060 pixels)

https://lh3.googleusercontent.com/-_H39IvpAUcY/UwEc-Oju4HI/AAAAAAAADGc/CaLPKcTqQ2k/s1060-p/14%2B-%2B1  (1060 x 1060 pixels)

Image "**K-06-B Wailua Falls Rainbow**" is/was being used at:

*Page URLs:*
https://www.pinterest.com/alohahawaiian/pins/
https://www.pinterest.com/alohahawaiian/kauai/
https://www.pinterest.com/pin/307652218266691462/

https://www.facebook.com/AlohaHawaiianVacations/
https://www.facebook.com/pg/AlohaHawaiianVacations/photos/
https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10154618797683390/?type=3&theater
https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10152187639263390/?type=3&theater

https://twitter.com/AlohaHawaiian1
https://twitter.com/AlohaHawaiian1/status/430786019810496512

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/BLjR682gZmq/
https://www.instagram.com/p/kAXnVtwYHh/

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/KD6wSYwzbZe
https://plus.google.com/+Aloha-hawaiian/posts/C9hmhc5KsML
https://plus.google.com/+Aloha-hawaiian/posts/FZk6eYpx44r
https://plus.google.com/+Aloha-hawaiian/posts/aah2TnjWUaR

*Image URLs:*
https://s-media-cache-ak0.pinimg.com/564x/18/24/68/
182468d60097cba79b3bf515467320c4.jpg  (564 x 564 pixels)
https://scontent-sjc2-1.xx.fbcdn.net/v/t31.0-
8/14713019_10154618797683390_2234375101980638200_o.jpg?oh=1e77205bf1
7ad42e06ed4aa647daf68a&oe=58FF42A9  (1680 x 1121 pixels)
https://scontent-sjc2-1.xx.fbcdn.net/v/t1.0-
9/1797367_10152187639263390_1470833953_n.jpg?oh=b433452349fb3be48f99b
fc11200ab20&oe=594B5221   (640 x 640 pixels)

https://pbs.twimg.com/media/Bfp1mjxCAAAxQXt.jpg:large  (640 x 640 pixels)
https://lh3.googleusercontent.com/-GwYNytL_yiM/WAESnO8-
TkI/AAAAAAAAj6E/mT-bnqUKlocavUwFXjE85lbo8TXfopqZQCJoC/w1060-
h708-p/kauai-hawaii-wailuafalls.jpg   (1060 x 708 pixels)
https://lh3.googleusercontent.com/-
osljzg7LLrw/UvE_PHE3o7I/AAAAAAAACkc/JaNE2oowAi4/s1060-p/14%2B-
%2B1   (1060 x 1060 pixels)
https://lh3.googleusercontent.com/-
DpXu9wavKmo/UvE_YIeVtVI/AAAAAAAACk0/Mcj5_SObNyA/s1060-
p/14%2B-%2B1   (1060 x 1060 pixels)
https://lh3.googleusercontent.com/-
sZytK6bIz7M/UvE_FSWHdrI/AAAAAAAACkM/w919kWJN0A8/s1060-
p/14%2B-%2B1   (1060 x 1060 pixels)


Image "**K-12 Lumahai Beach**" is/was being used at:

*Page URLs:*
https://www.pinterest.com/alohahawaiian/pins/
https://www.pinterest.com/alohahawaiian/kauai/
https://www.pinterest.com/pin/307652218266658838/

https://www.facebook.com/AlohaHawaiianVacations/
https://www.facebook.com/pg/AlohaHawaiianVacations/photos/
https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10152178379443390/?type=3&theater

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/j2DfwQwYHe/

https://twitter.com/AlohaHawaiian1

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/GE17p4iNdYu
https://plus.google.com/+Aloha-hawaiian/posts/7RjwtxNfrEV
https://plus.google.com/+Aloha-hawaiian/posts/fCfimN9gJVn
https://plus.google.com/+Aloha-hawaiian/posts/8F54xq2QGgw

*Image URLs:*
https://s-media-cache-ak0.pinimg.com/564x/56/6b/35/
566b35cd2f756a01ada1472fe2620424.jpg   (564 x 564 pixels)

https://scontent-sjc2-1.xx.fbcdn.net/v/t1.0-
9/1779972_10152178379443390_1633322226_n.jpg?oh=b653ffc817f332af62c50
4ac0c2a578f&oe=590273D4   (640 x 640 pixels)
https://pbs.twimg.com/media/BfVM454CQAA-U-F.jpg:large   (640 x 640 pixels)
https://lh3.googleusercontent.com/-
ngFolLrD35c/Uuv3mU3INMI/AAAAAAAACYI/33MrJ8so99I/s1060-p/14%2B-
%2B1   (1060 x 1060 pixels)
https://lh3.googleusercontent.com/-
IBrwb3nx56k/Uuv3QgcSsyI/AAAAAAAACXY/yTpg9fsUbVE/s1060-p/14%2B-
%2B1   (1060 x 1060 pixels)
https://lh3.googleusercontent.com/-
Kx968XBuGQ4/Uuv3bjRSY1I/AAAAAAAACXw/2I-2bKooSjw/s1060-
p/14%2B-%2B1   (1060 x 1060 pixels)
https://lh3.googleusercontent.com/-
FvAPtWkpEEY/Uuv3HFuP_jI/AAAAAAAACXQ/YXhGaEdd478/s1060-
p/14%2B-%2B1   (1060 x 1060 pixels)

Image "**F-02-B Bird of Paradise**" is/was being used at:

*Page URLs:*
https://www.pinterest.com/alohahawaiian/pins/
https://www.pinterest.com/alohahawaiian/hawaiian-islands/
https://www.pinterest.com/pin/307652218273455636/

https://twitter.com/AlohaHawaiian1
https://twitter.com/AlohaHawaiian1/status/646312048368971776

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/77x3D2QYDd/

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/fqHaM5NigUd
https://plus.google.com/+Aloha-hawaiian/posts/hpEs3c1gUdF

*Image URL:*
https://s-media-cache-ak0.pinimg.com/564x/61/92/b7/
6192b7dea4f620685c4756e01afb1d89.jpg   (564 x 564 pixels)
https://pbs.twimg.com/media/CPgpXmgUEAESo8E.jpg:large (1024 x 1024 pixels)

https://lh3.googleusercontent.com/-
hA5AnzAc9W4/VgFUCHfLvyI/AAAAAAAAdi0/h6_6rHGrMb0/s1060-
p/Flowers%2Bof%2BHawaii%2521.jpg   (1060 x 1060 pixels)
https://lh3.googleusercontent.com/-
jUabA_CNez8/VgFTd86UhLI/AAAAAAAAdiM/OvbuMOOP0QI/s1060-
p/Flowers%2Bof%2BHawaii%2521.jpg   (1060 x 1060 pixels)

Image "**M-25 Kaanapali Beach**" is/was being used at:

*Page URLs:*
https://www.facebook.com/AlohaHawaiianVacations/
https://www.facebook.com/pg/AlohaHawaiianVacations/photos/
https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10152710953673390/?type=3&theater

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/tNvgHPQYBl/

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/SXJWq4eeTug
https://plus.google.com/+Aloha-hawaiian/posts/HW3aVBwrcSn
https://plus.google.com/+Aloha-hawaiian/posts/Mc5D4EnVLYP

*Image URLs:*
https://scontent-sjc2-1.xx.fbcdn.net/v/t31.0-
8/10700088_10152710953673390_438444707754671953_o.jpg?oh=e2c9a22fa0fa
ce1e3376549030b03bf3&oe=58FE4397   (1924 x 1370 pixels)
https://lh3.googleusercontent.com/-SQZ6XK3fIi0/VB8A73VB0RI/AA
AAAAAANWw/T7dBa_TZwuA/w1060-h754-p/Beautiful%2BWest%2B
Maui%2BBeach%252C%2BHawaii.pm.jpg   (1060 x 754 pixels)
https://lh3.googleusercontent.com/-Woc90tsNwQ8/VB8A1euhmU
I/AAAAAAAANWM/PeopIgOhXLg/w1060-h754-p/Beautiful%2
BWest%2BMaui%2BBeach%252C%2BHawaii.pm.jpg   (1060 x 754 pixels)
https://lh3.googleusercontent.com/-CHLh4enJTH8/VB8AtJ
jFRYI/AAAAAAAANVs/ijniNLHYniQ/w1060-h754-p/Beautiful%2B
West%2BMaui%2BBeach%252C%2BHawaii.pm.jpg   (1060 x 754 pixels)

Image "**A-20 Surfer at Twilight**" is/was being used at:

*Page URLs:*

31

https://www.facebook.com/AlohaHawaiianVacations/
https://www.facebook.com/pg/AlohaHawaiianVacations/photos/
https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10152552994173390/?type=3&theater

https://twitter.com/AlohaHawaiian1
https://twitter.com/AlohaHawaiian1/status/489100208802762752

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/qet9PhwYJL/

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/6kSo3ZY4LXn
https://plus.google.com/+Aloha-hawaiian/posts/Gkg8s8cDvjx
https://plus.google.com/+Aloha-hawaiian/posts/2tRm6kHw4AA
https://plus.google.com/+Aloha-hawaiian/posts/7myWruChFk5

*Image URLs:*
https://scontent-sjc2-1.xx.fbcdn.net/v/t1.0-
9/10552489_10152552994173390_4764162813177763530_n.jpg?oh=226e48c824
cbd9286b4fdb65d2672643&oe=5946A3BA   (600 x 460 pixels)
https://pbs.twimg.com/media/BsmiDCRCQAEABG-.jpg:large   (600 x 460 pixels)
https://lh3.googleusercontent.com/-
8R9acEP3X_U/U8VkYIJzYfI/AAAAAAAAKrM/0XJD2T0Jk04/w1060-h812-
p/a.Surfing%2BHawaii%2Bat%2BSunset.jpg   (1060 x 812 pixels)
https://lh3.googleusercontent.com/-
15fVs1GRJu4/U8VkPen2EYI/AAAAAAAAKq0/f7iYLUnJ5Q8/w1060-h812-
p/a.Surfing+Hawaii+at+Sunset.jpg   (1060 x 812 pixels)
https://lh3.googleusercontent.com/-
abH7NXUpwy0/U8VkCPOaMCI/AAAAAAAAKqc/LBbZ7QAW1rk/w1060-
h812-p/a.Surfing+Hawaii+at+Sunset.jpg   (1060 x 812 pixels)
https://lh3.googleusercontent.com/-
GZIdtHiWi9A/U8Vj7juaTYI/AAAAAAAAKp4/vLmbAxCASaI/w1060-h812-
p/a.Surfing%2BHawaii%2Bat%2BSunset.jpg   (1060 x 812 pixels)

Image "**M-24-D Black Beach foliage**" is/was being used at:

*Page URLs:*
https://www.facebook.com/AlohaHawaiianVacations/
https://www.facebook.com/pg/AlohaHawaiianVacations/photos/

https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10152316306168390/?type=3&theater

https://twitter.com/AlohaHawaiian1
https://twitter.com/AlohaHawaiian1/status/452523456232304640

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/c7rqE9Dn8Tr
https://plus.google.com/+Aloha-hawaiian/posts/JCwPXkRvdbk
https://plus.google.com/+Aloha-hawaiian/posts/dvhpBtige2B

*Image URLs:*
https://scontent-sjc2-1.xx.fbcdn.net/v/t1.0-
9/10155672_10152316306168390_1854231982581218500_n.jpg?oh=c44166ed78
cba001f95deee44fb88451&oe=593EBA1E  (640 x 640 pixels)
https://pbs.twimg.com/media/Bkevr2DCIAAoGEc.jpg:large   (893 x 670 pixels)
https://lh3.googleusercontent.com/-
w5nqyVSuIS8/U0BUNEe3ckI/AAAAAAAAFrk/cW1-amVa6D0/w1060-h796-
p/14%2B-%2B1   (1060 x 796 pixels)
https://lh3.googleusercontent.com/-
2Wbgh4TRIxo/U0BUUeHyc4I/AAAAAAAAFr8/uZVY6z8FGeI/w1060-h796-
p/14%2B-%2B1   (1060 x 796 pixels)
https://lh3.googleusercontent.com/-Kufuxa-
maac/U0BUD6BJ2zI/AAAAAAAAFrU/bUtlbt6oePo/w1060-h796-p/14%2B-
%2B1   (1060 x 796 pixels)

Image "**Oahu Beachs01**" is/was being used at:

*Page URL*:
http://www.aloha-hawaiian.com/contact.php

Image "**Hanama Bay**" is/was being used at:

*Page URLs:*
https://www.pinterest.com/alohahawaiian/pins/
https://www.pinterest.com/alohahawaiian/oahu/
https://www.pinterest.com/pin/307652218272732449/

https://www.facebook.com/AlohaHawaiianVacations/

https://twitter.com/AlohaHawaiian1
https://twitter.com/AlohaHawaiian1/status/626368937081610240

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/5uELk7wYDF/

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/eHRwAHkt9wg
https://plus.google.com/+Aloha-hawaiian/posts/DvbiCJgPNE1

*Image URLs:*
https://s-media-cache-
ak0.pinimg.com/564x/1e/9f/65/1e9f6530573a2c4efac4d59988c60b81.jpg   (564 x
423 pixels)
https://pbs.twimg.com/media/CLFPNISUwAAkeOQ.jpg:large   (1024 x 768 pixels)
https://lh3.googleusercontent.com/-
0rOWB1i0FiU/VbjFTE9ufWI/AAAAAAAAb8w/mP3q_7KiWn4/w1060-h796-
p/hanauma_bay__oahu__hawaii.jpg   (1060 x 796 pixels)
https://lh3.googleusercontent.com/-
TUEA0RBD1_s/VbjE7Kg2nHI/AAAAAAAAb8I/hFw8Ix8vG0Y/w1060-h796-
p/hanauma_bay__oahu__hawaii.jpg   (1060 x 796 pixels)

Image "**Hana Lagoons**" is/was being used at:

*Page URLs:*
https://www.facebook.com/AlohaHawaiianVacations/
https://www.facebook.com/AlohaHawaiianVacations/photos/
https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10152440275758390/?type=3&theater

https://twitter.com/AlohaHawaiian1

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/ojSmT0wYPD/

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/WnwhdJbcyeb
https://plus.google.com/+Aloha-hawaiian/posts/9evitKmaGsb
https://plus.google.com/+Aloha-hawaiian/posts/CHPNoBFToBQ

*Image URLs:*

https://scontent-sjc2-1.xx.fbcdn.net/v/t1.0-
9/10380288_10152440275758390_4161073323806453345_n.jpg?oh=76744156cd
0e7771608e598a6bedc9bf&oe=593D4CDA  (672 x 378 pixels)
https://pbs.twimg.com/media/BovqoTfIUAExouK.jpg:large  (762 x 378 pixels)
https://lh3.googleusercontent.com/-ZDtZi8nz6Xk/U4YySB-
c1CI/AAAAAAAAIaQ/kixOLSCfolc/w1060-h596-
p/lagoon%2C+maui%2C+hawaii.jpg  (1060 x 596 pixels)
https://lh3.googleusercontent.com/-
JfD1BdXGNjU/U4YyfGDiziI/AAAAAAAAIaw/AMb8irOH_Lk/w1060-h596-
p/lagoon%2C+maui%2C+hawaii.jpg   (1060 x 596 pixels)
https://lh3.googleusercontent.com/-
GVVNAsJaNPc/U4YyHVrNBaI/AAAAAAAAIZw/gGhg_jge7gs/w1060-h596-
p/lagoon%2C+maui%2C+hawaii.jpg   (1060 x 596 pixels)

Image "**Chinamans Hat02**" is/was being used at:

*Page URLs:*

https://www.pinterest.com/alohahawaiian/pins/
https://www.pinterest.com/alohahawaiian/oahu/
https://www.pinterest.com/pin/307652218267384663/

https://www.facebook.com/AlohaHawaiianVacations/
https://www.facebook.com/AlohaHawaiianVacations/photos/
https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10152365503853390/?type=3&theater

https://twitter.com/AlohaHawaiian1

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/nQ1UviwYG6/

https://plus.google.com/+Aloha-hawaiian/
https://plus.google.com/+Aloha-hawaiian/posts/YmoUMHGDoPB
https://plus.google.com/+Aloha-hawaiian/posts/aLivHB6yn3M
https://plus.google.com/+Aloha-hawaiian/posts/CmVFvj6szWN

*Image URLs:*

https://s-media-cache-ak0.pinimg.com/564x/3e/4b/3c/3e4b3cf4fb359778cc8da823a1a96267.jpg  (564 x 432 pixels)

https://scontent-sjc2-1.xx.fbcdn.net/v/t1.0-9/1969186_10152365503853390_5517429161865937055_n.jpg?oh=f07f50971e25ebed6339609e34d57377&oe=5947877E  (640 x 640 pixels)

https://pbs.twimg.com/media/BmKwKqkCYAA_5t8.jpg:large (736 x 564 pixels)

https://lh3.googleusercontent.com/--dKXhAPr_X8/U1v79YACFEI/AAAAAAAAHB0/I6iIMXwqMYU/w1060-h812-p/14%2B-%2B1   (1060 x 812 pixels)

https://lh3.googleusercontent.com/-mo7dYWYVeAg/U1v7w7lliNI/AAAAAAAAHBM/_7EnfmYVkqE/w1060-h812-p/14%2B-%2B1   (1060 x 812 pixels)

https://lh3.googleusercontent.com/-4VmdS4iBCAI/U1v732Md4wI/AAAAAAAAHBk/7JxVQdcXoaY/w1060-h812-p/14%2B-%2B1   (1060 x 812 pixels)


Image "**Kauai Golf**" is/was being used at:

*Page URLs:*
https://www.pinterest.com/alohahawaiian/pins/
https://www.pinterest.com/alohahawaiian/kauai/
https://www.pinterest.com/pin/307652218267286617/

https://www.facebook.com/AlohaHawaiianVacations/
https://www.facebook.com/AlohaHawaiianVacations/photos/
https://www.facebook.com/AlohaHawaiianVacations/photos/a.10151929297443390.1073741827.208801903389/10152339870743390/?type=3&theater

https://twitter.com/AlohaHawaiian1

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/m0lfxJwYBg/

https://plus.google.com/+Aloha-hawaiian/
https://plus.google.com/+Aloha-hawaiian/posts/TuFjKTJAzdu
https://plus.google.com/+Aloha-hawaiian/posts/Cer8HgFpXg4
https://plus.google.com/+Aloha-hawaiian/posts/i3Eg3sHj9nm

*Image URLs:*

https://s-media-cache-
ak0.pinimg.com/564x/9d/f5/ba/9df5bacd8b20924ad3ee1b6b0b7f97c0.jpg  (564 x
363 pixels)
https://scontent-sjc2-1.xx.fbcdn.net/v/t1.0-
9/10006588_10152339870743390_6971178855307624092_n.jpg?oh=c4c8505fd9
d878a634ed94c1bcf33dee&oe=5943F38F   (640 x 640 pixels)
https://pbs.twimg.com/media/BlSQ08YCUAAfbwZ.jpg:large   (840 x 541 pixels)
https://lh3.googleusercontent.com/-
_tkMp2Rfj_Q/U02E5r3quHI/AAAAAAAAGek/YHTn81JRfls/w1060-h682-
p/14%2B-%2B1   (1060 x 682 pixels)
https://lh3.googleusercontent.com/-B7ut4iavfAE/U02E-
3hWwQI/AAAAAAAAGe4/lb-S8P-VTPQ/w1060-h682-p/14%2B-%2B1   (1060
x 682 pixels)
https://lh3.googleusercontent.com/-
iZ6p1tq89Sc/U02Ert8fHcI/AAAAAAAAGeU/a-tAlivxJrQ/w1060-h682-
p/14%2B-%2B1   (1060 x 682 pixels)

Image "**Venice Falls, Maui-1**" is/was being used at:

*Page URLs:*
https://www.pinterest.com/alohahawaiian/pins/
https://www.pinterest.com/alohahawaiian/maui/
https://www.pinterest.com/pin/307652218267232907/

https://www.facebook.com/AlohaHawaiianVacations/
https://www.facebook.com/AlohaHawaiianVacations/photos/
https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10152325876518390/?type=3&theater

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/mlIHDuwYPl/

https://plus.google.com/+Aloha-hawaiian/
https://plus.google.com/+Aloha-hawaiian/posts/RgF9FPB1VY9
https://plus.google.com/+Aloha-hawaiian/posts/JcHbNWqCUwS
https://plus.google.com/+Aloha-hawaiian/posts/a6yZ6aYmFcF

*Image URLs:*

https://s-media-cache-
ak0.pinimg.com/564x/da/dd/02/dadd021f9227e66b125cfc1c4f17bd94.jpg  (562 x
442 pixels)
https://scontent-sjc2-1.xx.fbcdn.net/v/t1.0-
9/10169352_10152325876518390_8811992332579044449_n.jpg?oh=867a9247db
f8ec5a2242bed487adcb29&oe=58FFC0EF   (640 x 640 pixels)
https://pbs.twimg.com/media/BkzWJ9pCAAAbOGb.jpg:large (979 x 768 pixels)
https://lh3.googleusercontent.com/-Mdt6gN-
7g8I/U0WZ9j9Y1zI/AAAAAAAAF5Q/DxvNuaa7mj8/w1060-h832-p/14%2B-
%2B1   (1060 x 832 pixels)
https://lh3.googleusercontent.com/-zE8wl0DPiSQ/U0WaC1FL-
9I/AAAAAAAAF5s/ZkRNTPf3x3w/w1060-h832-p/14%2B-%2B1   (1060 x 832
pixels)
https://lh3.googleusercontent.com/-
AcwogC8BrTE/U0WZy6pS3zI/AAAAAAAAF5A/sFeg_3Uwx4A/w1060-h832-
p/14%2B-%2B1   (1060 x 832 pixels)

Image "**Waikiki02**" is/was being used at:

*Page URLs:*
https://www.pinterest.com/alohahawaiian/pins/
https://www.pinterest.com/alohahawaiian/waikiki/
https://www.pinterest.com/pin/307652218268479306/

https://www.facebook.com/AlohaHawaiianVacations
https://www.facebook.com/pg/AlohaHawaiianVacations/photos/
https://www.facebook.com/AlohaHawaiianVacations/photos/a.1015192929744339
0.1073741827.208801903389/10152661245853390/?type=3&theater

https://twitter.com/AlohaHawaiian1

https://www.instagram.com/aloha_hawaiian_vacations/
https://www.instagram.com/p/sVLfThwYFA/

https://plus.google.com/+Aloha-hawaiian
https://plus.google.com/+Aloha-hawaiian/posts/RRENEWbnuqV
https://plus.google.com/+Aloha-hawaiian/posts/Z7XbNhmRdCX
https://plus.google.com/+Aloha-hawaiian/posts/Q19Pk1LqJJ8

*Image URLs:*

https://s-media-cache-
ak0.pinimg.com/564x/f8/1a/4d/f81a4de063ec252338d4445ce59869ff.jpg  (564 x
461 pixels)
https://scontent-sjc2-1.xx.fbcdn.net/v/t31.0-
8/10629257_10152661245853390_9211507526785150265_o.jpg?oh=5dd938a5f5
c86bef83ee8f08a0716b9e&oe=593AAA24  (1980 x 1584 pixels)
https://pbs.twimg.com/media/BwTcYb7IIAEsPGB.jpg:large  (1024 x 819 pixels)
https://lh3.googleusercontent.com/-
OFHunv5quF4/VAIMdmyst6I/AAAAAAAAMcw/Vbp4erGLc9U/w1060-h848-
p/Waikiki%2Bat%2Bnight%2Bwith%2Bpool.pm.jpg   (1060 x 848 pixels)
https://lh3.googleusercontent.com/-Q9w-
s72U44E/VAIMniZZKQI/AAAAAAAAMdU/GHfmOiBwc4g/w1060-h848-
p/Waikiki%2Bat%2Bnight%2Bwith%2Bpool.pm.jpg   (1060 x 848 pixels)
https://lh3.googleusercontent.com/-i-HMP-
_avNk/VAIMTdGlSlI/AAAAAAAAMcM/wNAXhR1uUys/w1060-h848-
p/Waikiki%2Bat%2Bnight%2Bwith%2Bpool.pm.jpg   (1060 x 848 pixels)

AHV is using these photographic works without obtaining licenses or consent from

Plaintiff, thus violating his exclusive rights as the copyright owner to reproduce,

adapt, display, distribute, and/or create derivative works under 17 U.S.C. §§ 101 *et*

*seq*.  True and correct copies of these photographic works at issue together with

copies of screenshots representative of AHV's infringing uses of these

photographic works at issue are attached hereto as Exhibit "C."

   24. Upon information and belief, AHV is/was using two (2)

photographic works at issue, without obtaining licenses or consent from Plaintiff,

for its commercial purposes on accounts, pages, or listings on other commercial

websites, as follows:

Image "**O-01 Waikiki-Pink boat ORIGINAL VERSION**" is being used at:

*Page URL:*

http://www.projectwedding.com/biz/aloha-hawaiian-vacations-honolulu-hi/80c082072ff55fb4/reviews

*Image URL:*
https://wwcdn.weddingwire.com/vendor/650001_655000/654059/thumbnails/130x130_SQ_1384460848251-wayn.jpg  (130 x 130 pixels)

Image "**O-05 Chinamans Hat**" was being used at:

*Page URLs:*
http://www.gohawaii.com/en/partners/aloha-hawaiian-vacations/

AHV is/was using these photographic works without obtaining licenses or consent from Plaintiff, thus violating his exclusive rights as the copyright owner to reproduce, adapt, display, distribute, and/or create derivative works under 17 U.S.C. §§ 101 *et seq*.  True and correct copies of these photographic works at issue together with copies of screenshots representative of AHV's infringing uses of these photographic works at issue are attached hereto as Exhibit "D."

25.     Plaintiff's twenty-seven (27) copyrighted photographic works at issue that were created by him, where they are legitimately available for commercial licensing, bear his copyright management information in the form of a "Vincent K. Tylor" signature at the bottom corner of each photographic work at issue.

26.     Upon information and belief, AHV intentionally removed or altered Plaintiff's copyright management information from his twenty-seven (27) photographic works at issue for AHV's commercial uses, as described

herein, without Plaintiff's authority or the authority of the law, and/or AHV

distributed copies of its infringing uses of Plaintiff's photographic works at issue,

knowing that Plaintiff's copyright management information had been removed or

altered without his authority or the authority of the law and knowing that it do not

own the photographic works.  True and correct copies of Plaintiff's photographic

works at issue containing his copyright management information along with copies

of screenshots of AHV's infringing uses of the works with Plaintiff's copyright

management information removed are shown in Exhibits "C" and "D."

      27.    AHV's uses of Plaintiff's photographic works at issue

on its commercial Pinterest, Facebook, Twitter, Instagram, and Google+ pages,

described herein, have contributed to widespread distribution of those infringing

uses.  Copies of the uses at issue, when posted, were automatically distributed to

AHV's "followers" for viewing and further distribution by those followers.

Furthermore, users on Pinterest, Facebook, Twitter, and Google+ can easily

distribute those infringements among other users by clicking on "Like" buttons and

"Share," "Repin," "Retweet," or "Send" buttons associated with those uses as they

appear on those AHV commercial pages.  Each "Like" or "share" action by a user

causes those infringements to be distributed to other users and serves to advertise

AHV's business among other users.  As shown in Exhibit "C," attached hereto,

AHV's infringements at issue received numerous "like", "comment" and/or

"share" actions by users, resulting in the infringements being widely distributed across social media.

## FIRST CAUSE OF ACTION:
## COPYRIGHT INFRINGEMENTS

28.     Plaintiff restates and realleges each of the allegations contained in paragraphs 1-27 as if fully stated herein.

29.     Plaintiff has all rights, title, and interest in the copyrights to the photographic works at issue as holder and owner of the copyrights, the use of which has not been licensed to AHV.

30.     AHV has misappropriated Plaintiff's copyrighted photographic works at issue with knowledge that the photographic works do not belong to AHV and that it does not have license or consent from Plaintiff; AHV thereby engaged in and is engaging in unauthorized use, copying, distribution, and/or display of Plaintiff's copyrighted photographic works by using a total of thirty-four (34) of Plaintiff's photographic works on AHV's commercial websites, AHV's commercial Pinterest, Facebook, Twitter, Instagram, and Google+ pages, and/or in AHV's listings on gohawaii.com or projectwedding.com, described herein, without obtaining licenses or consent from Plaintiff.  AHV's acts constitute copyright infringement under the United States Copyright Act, 17 U.S.C. §§ 101 *et seq*. for which AHV is directly, contributorily, and/or vicariously liable, jointly, severally or in the alternative.

31.     AHV's unlawful use of copies of Plaintiff's photographic works have diminished the value of the original photographic works by distributing and encouraging redistribution of those copies without identifying the photographic works as being the exclusive property of Plaintiff.

32.     AHV's unlawful acts have been and are interfering with and undermining Plaintiff's ability to market Plaintiff's own original photographic works, thereby impairing the value and prejudicing the sale or license by Plaintiff of his own photographic works.

33.     Because AHV used Plaintiff's copyrighted photographic works without license or consent, infringing the exclusive rights of Plaintiff as the copyright owner, Plaintiff is entitled to have the infringing publications and any improperly acquired likenesses or images (however stored or recorded) impounded while this action is pending.

34.     As a direct and proximate result of AHV's wrongful acts, Plaintiff has suffered and continues to suffer lost profits and damages.

35.     Plaintiff is entitled to recover from AHV's the damages he has sustained as a result of these wrongful acts.  Plaintiff is presently unable to ascertain the full extent of the monetary damages he has suffered by reason of AHV's acts of copyright infringement.

36.     Plaintiff is further entitled to recover from AHV any gains, profits, or advantages AHV obtained as a result of its wrongful acts.  Plaintiff is presently unable to ascertain the full extent of the gains, profits, and advantages AHV has realized by its acts of copyright infringement.

37.     Plaintiff is entitled to elect to recover from AHV statutory damages for each of its violations of Plaintiff's copyrights.

38.     Plaintiff is further entitled to costs and reasonable attorneys' fees.

## SECOND CAUSE OF ACTION:
## DIGITAL MILLENNIUM COPYRIGHT ACT VIOLATIONS

39.     Plaintiff restates and realleges each of the allegations contained in paragraphs 1-38 as if fully stated herein.

40.     AHV intentionally removed or altered copyright management information from association with the twenty-seven (27) photographic works at issue created and owned by Plaintiff for AHV's said uses, and/or distributed copies of those photographic works at issue knowing that Plaintiff's copyright management information had been removed or altered, without the authority of Plaintiff or the law, knowing, or having reasonable grounds to know, that the removal or alteration, and/or distribution, would induce, enable, facilitate, or conceal infringement of copyright.

41.     AHV's acts constitute violations under the Digital Millennium Copyright Act, 17 U.S.C. § 1202, for which AHV is liable jointly, severally, or in the alternative.

42.     Plaintiff is entitled to a preliminary and permanent injunction to prevent AHV from engaging in further violations of 17 U.S.C. § 1202.

43.     Plaintiff is entitled to recover from AHV the actual damages suffered by him and any profits AHV has obtained as a result of its wrongful acts that are not taken into account in computing the actual damages.  Plaintiff is currently unable to ascertain the full extent of the profits AHV has realized by its violations of 17 U.S.C. § 1202.

44.     Plaintiff is entitled to elect to recover from AHV statutory damages for each of its violations of 17 U.S.C. § 1202.

45.     Plaintiff is further entitled to costs and reasonable attorneys' fees.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff VINCENT KHOURY TYLOR prays:

A.     That this Court enter an injunction preliminarily and permanently enjoining and restraining AHV and its directors, officers, managers, members, agents, servants, employees, attorneys, and all persons in active concert

or participation with AHV from infringing Plaintiff's copyrighted photographic works and from further violating 17 U.S.C. § 1202;

B.     That the Court order any original infringing photographs, prints, separations, publications, copies, products, or materials bearing the photographic works at issue, digital data in any form and/or likenesses impounded and/or destroyed or disposed of in other reasonable fashion;

C.     That AHV be required to pay such damages as Plaintiff has sustained and any profits AHV has gained in consequence of AHV's unlawful acts or, in the alternative, to pay statutory damages pursuant to 17 U.S.C. § 504(c) and 17 U.S.C. § 1203(c);

D.     That AHV be required to pay costs, including reasonable attorneys' fees, to Plaintiff pursuant to 17 U.S.C. § 505 and 17 U.S.C. § 1203(b); and,

E.     That Plaintiff be granted such other and further relief as the Court may deem just and proper.

DATED:  Honolulu, Hawaii, February 13, 2017.

/s/ J. Stephen Street
J. STEPHEN STREET
DANE ANDERSON
Attorneys for Plaintiff
VINCENT KHOURY TYLOR