IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR, | ) CIVIL NO. 17-00064 DKW-KSC |
| | ) (Copyright Infringement) |
| Plaintiff, | ) |
| | ) SUMMONS |
| vs. | ) |
| | ) |
| OVERMAN HAWAII INT'L - ALOHA | ) |
| HAWAIIAN VACATIONS LLC, a North | ) |
| Carolina Limited Liability Company, dba | ) |
| OVERMAN HAWAII INT'L – ALOHA | ) |
| HAWAIIAN VACTIONS LLC and/or | ) |
| ALOHA HAWAIIAN VACATIONS - | ) |
| OVERMAN HAWAII INT'L, LLC; | ) |
| JOHN DOES 1-10; JANE DOES 1-10; | ) |
| DOE CORPORATIONS 1-10; DOE | ) |
| PARTNERSHIPS 1-10; and DOE | ) |
| ASSOCIATIONS 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## SUMMONS

To the above-named Defendant: **OVERMAN HAWAII INT'L - ALOHA HAWAIIAN VACATIONS LLC**, a North Carolina Limited Liability Company:

A lawsuit has been filed against you.

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiffs' attorney J. STEPHEN STREET, Attorney at Law, whose address is 134 Maono Place, Honolulu, Hawaii 96821, an answer to the Complaint which is herewith served upon you or a motion under Rule 12 of the Federal Rules of Civil

Procedure, within 21 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be entered against you for the relief demanded in the Complaint. You also must file your answer or motion with the court.

This Summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this Summons, personal delivery during those hours.

A failure to obey this Summons may result in an entry of default and default judgment against the disobeying person or party.

DATED: Honolulu, Hawaii, February 14, 2017 .

SUE BEITIA, CLERK
Clerk of the Court

/S/ SUE BEITIA by EA, Deputy Clerk
Deputy Clerk of the Court