AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-00064 DKW-KSC

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 02 2017

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Overman Hawaii Int'l - Aloha Hawaii Vacations LLC, etc.

was received by me on *(date)*   02/27/2017   .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*   Joseph Overman (President)  , who is
designated by law to accept service of process on behalf of *(name of organization)*   Overman Hawaii Int'l - Aloha Hawaii Vacations LLC, dba etc.   on *(date)*   MAR 02 2017   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: service perfected at Mr. Overman's residence, 5005 Kalanianaole Hwy, Honolulu, Hawaii 96821

My fees are $ 49.00 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: MAR 02 2017

Server's signature

Printed name and title
Eric Schroeder / Civil Process Server
HAWAII LEGAL SERVICES
335 Merchant St. #343Z, Honolulu, HI 96801
Tel: (808) 599-3681

Server's address

Additional information regarding attempted service, etc: