Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership, LLP

KEVIN W. HERRING
BENJAMIN M. CREPS
999 Bishop Street, Suite 1400
P.O. Box 131
Honolulu, Hawaii 96810
Telephone: (808) 539-0400
Facsimile: (808) 533-4945
kherring@awlaw.com
bcreps@awlaw.com

Attorneys for Defendant
OVERMAN HAWAII INT'L – ALOHA
HAWAIIAN VACATIONS LLC, a North
Carolina Limited Liability Company, dba
OVERMAN HAWAII INT'L – ALOHA
HAWAIIAN VACTIONS LLC and/or
ALOHA HAWAIIAN VACATIONS -
OVERMAN HAWAII INT'L, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| VINCENT KHOURY TYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>OVERMAN HAWAII INT'L - ALOHA HAWAIIAN VACATIONS LLC, a North Carolina Limited Liability Company, dba OVERMAN HAWAII INT'L – ALOHA HAWAIIAN VACTIONS LLC and/or ALOHA HAWAIIAN VACATIONS - | CASE NO. 17-00064<br>(COPYRIGHT INFRINGEMENT)<br><br>NOTICE OF VOLUNTARY DISMISSAL OF COUNTERCLAIM; CERTIFICATE OF SERVICE |

1973475_1.doc

| OVERMAN HAWAII INT'L, LLC; | ) |
| JOHN DOES 1-10; JANE DOES 1-10; | ) |
| DOE CORPORATIONS 1-10; DOE | ) |
| PARTNERSHIPS 1-10; and DOE | ) |
| ASSOCIATIONS 1-10, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF VOLUNTARY DISMISSAL OF COUNTERCLAIM

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure, Rules 41(a)(1)(A)(i) and 41(c), and Local Rule 41.1, Defendant OVERMAN HAWAII INT'L – ALOHA HAWAIIAN VACATIONS LLC, a North Carolina Limited Liability Company, dba OVERMAN HAWAII INT'L – ALOHA HAWAIIAN VACTIONS LLC and/or ALOHA HAWAIIAN VACATIONS - OVERMAN HAWAII INT'L, LLC hereby voluntarily dismisses, without prejudice, its Counterclaim filed herein April 4, 2017 (**Dkt. 11**) against the Plaintiff in this action.

DATED: Honolulu, Hawaii, April 17, 2017.

    /s/ _Kevin W. Herring_
KEVIN W. HERRING
BENJAMIN M. CREPS

Attorneys for Defendant
OVERMAN HAWAII INT'L – ALOHA
HAWAIIAN VACATIONS LLC, a North
Carolina Limited Liability Company, dba
OVERMAN HAWAII INT'L – ALOHA
HAWAIIAN VACTIONS LLC and/or
ALOHA HAWAIIAN VACATIONS -
OVERMAN HAWAII INT'L, LLC