J. STEPHEN STREET     1573-0
Attorney At Law
134 Maono Place
Honolulu, Hawaii  96821
Telephone No.:     (808) 754-1647
Facsimile No.:     (888) 334-6499
E-mail:     jsstreet@ip-law-hawaii.com

DANE ANDERSON        9349-0
Attorney At Law, LLLC
P.O. Box #1621
Honolulu, Hawaii  96806
Telephone No.:     (808) 285-4760
E-mail:     dane@andersonlawhawaii.com

Attorneys for Plaintiff
VINCENT KHOURY TYLOR

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR | ) CIVIL NO. <u>17-00064 DKW-KSC</u> |
| | ) (Copyright Infringement) |
| Plaintiff, | ) |
| | ) PLAINTIFF'S SCHEDULING |
| vs. | ) CONFERENCE STATEMENT; |
| | ) CERTIFICATE OF SERVICE |
| OVERMAN HAWAII INT'L - ALOHA | ) |
| HAWAIIAN VACATIONS LLC, a North | ) |
| Carolina Limited Liability Company, dba | ) |
| OVERMAN HAWAII INT'L – ALOHA | ) |
| HAWAIIAN VACTIONS LLC and/or | ) |
| ALOHA HAWAIIAN VACATIONS - | ) |
| OVERMAN HAWAII INT'L, LLC; | ) |
| JOHN DOES 1-10; JANE DOES 1-10; | ) Conference Date: May 17, 2017 |
| DOE CORPORATIONS 1-10; DOE | ) Time: 9:00 a.m. |
| PARTNERSHIPS 1-10; and DOE | ) Judge: Hon. Kevin S.C. Chang |
| ASSOCIATIONS 1-10, | ) |
| | ) |

Defendants.  )

_____  )

## PLAINTIFF'S SCHEDULING CONFERENCE STATEMENT

Pursuant to the Court's Order on March 30, 2017, continuing the Rule 16 Conference in this matter to May 17, 2017, and Local Rule 16.2(b) of the Rules of the United States District Court for the District of Hawaii, Plaintiff VINCENT KHOURY TYLOR ("Plaintiff"), hereby submits his Scheduling Conference Statement.

## I.     BACKGROUND AND NATURE OF THE CASE

Plaintiff is a professional photographer who specializes in Hawaiian landscapes. Plaintiff sells and licenses his copyrighted images across the United States, including in Hawaii. Plaintiff also works to protect his copyrights in his images from unauthorized use by sending cease and desist letters and take down notices to infringers, Digital Millennium Copyright Act ("DMCA") take down notices, and by filing copyright infringement actions.

Defendant OVERMAN HAWAII INT'L - ALOHA HAWAIIAN VACATIONS LLC ("Defendant") operates a travel business and manages and controls four (4) commercial websites and five (5) commercial web pages on social media websites Pinterest.com, Facebook.com, Twitter.com, Instagram.com, and Plus.Google.com, to advertise and promote its business and the Hawaii vacation packages it offers to customers. Plaintiff discovered that Defendant was using a

total of thirty-four (34) photographic works owned by Plaintiff on one or more of its said commercial websites and/or social media commercial web pages for its commercial purposes, without authorization from Plaintiff.

This is an action for preliminary and permanent injunctive relief and damages arising from Defendant's copyright infringements in violation of the United States Copyright Act, 17 U.S.C. §§ 101 *et seq.* and violations of the DMCA, 17 U.S.C. § 1202, in its unauthorized, commercial use of a total of thirty-four (34) of Plaintiff's photographic works on Defendant's commercial websites and/or social media commercial web pages.

## II.    JURISDICTION AND VENUE

This Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1331 and § 1338(a).  Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 28 U.S.C. § 1400.  In its answer, Defendant denies subject matter jurisdiction or that venue is proper in this action; however, during the conference of the parties, Defendant's counsel informed Plaintiff's counsel that Defendant admits to jurisdiction and venue.

## III.    JURY TRIAL DEMAND

No jury trial demand has been made.

## IV.    DISCOVERY DISCLOSURES

The parties agreed to the exchange of initial disclosures in this case by

May 31, 2017.

## V.  DISCOVERY AND MOTIONS

Aside from the parties' agreement concerning initial disclosures, described previously, no other discovery is pending or has been completed.  No motions have been filed.

## VI.  SPECIAL PROCEDURES

No special procedures were discussed by the parties.

## VII.  RELATED CASES

Plaintiff is not aware of any related cases.

## VIII.  ADDITIONAL MATTERS

Plaintiff intends to work with Defendant to reach a prompt settlement of this case.

DATED:  Honolulu, Hawaii, April 27, 2017.

/s/ Dane Anderson
_____
J. STEPHEN STREET
DANE ANDERSON
Attorneys for Plaintiff
VINCENT KHOURY TYLOR