Ashford & Wriston LLP
A LIMITED LIABILITY LAW PARTNERSHIP LLP

KEVIN W. HERRING    6722-0
BENJAMIN M. CREPS  9959-0
999 Bishop Street, Suite 1400
P.O. Box 131
Honolulu, Hawaii 96810
Telephone:  (808) 539-0400
Facsimile:  (808) 533-4945
Email:       kherring@awlaw.com
             bcreps@awlaw.com

Attorneys for Defendant
*OVERMAN HAWAII INT'L – ALOHA
HAWAIIAN VACATIONS LLC, a North
Carolina Limited Liability Company, dba
OVERMAN HAWAII INT'L – ALOHA
HAWAIIAN VACTIONS LLC and/or
ALOHA HAWAIIAN VACATIONS -
OVERMAN HAWAII INT'L, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| VINCENT KHOURY TYLOR, | ) | CASE NO. 17-00064 |
| | ) | (COPYRIGHT INFRINGEMENT) |
| Plaintiff, | ) | |
| | ) | DEFENDANT OVERMAN HAWAII |
| vs. | ) | INT'L – ALOHA HAWAIIAN |
| | ) | VACATIONS LLC, A NORTH |
| OVERMAN HAWAII INT'L - ALOHA | ) | CAROLINA LIMITED LIABILITY |
| HAWAIIAN VACATIONS LLC, a | ) | COMPANY, DBA OVERMAN |
| North Carolina Limited Liability | ) | HAWAII INT'L – ALOHA |
| Company, dba OVERMAN HAWAII | ) | HAWAIIAN VACTIONS LLC |
| INT'L – ALOHA HAWAIIAN | ) | AND/OR ALOHA HAWAIIAN |
| VACTIONS LLC and/or ALOHA | ) | VACATIONS - OVERMAN |
| HAWAIIAN VACATIONS - | ) | HAWAII INT'L, LLC'S RULE 16 |
| OVERMAN HAWAII INT'L, LLC; | ) | SCHEDULING CONFERENCE |

| | |
|---|---|
| JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10, | ) STATEMENT; CERTIFICATE OF<br>) SERVICE<br>)<br>) <u>Settlement Conference</u><br>) Date:  May 17, 2017 |
| Defendants. | ) Time:  9:00 am.<br>) |
| _____ | ) Magistrate Judge Kevin S.C. Chang |

DEFENDANT OVERMAN HAWAII INT'L – ALOHA HAWAIIAN VACATIONS LLC, A NORTH CAROLINA LIMITED LIABILITY COMPANY, DBA OVERMAN HAWAII INT'L – ALOHA HAWAIIAN VACTIONS LLC AND/OR ALOHA HAWAIIAN VACATIONS - OVERMAN HAWAII INT'L, LLC'S RULE 16 SCHEDULING CONFERENCE STATEMENT

Comes now, DEFENDANT OVERMAN HAWAII INT'L – ALOHA HAWAIIAN VACATIONS LLC, a North Carolina Limited Liability Company, dba OVERMAN HAWAII INT'L – ALOHA HAWAIIAN VACTIONS LLC and/or ALOHA HAWAIIAN VACATIONS - OVERMAN HAWAII INT'L, LLC ("**Defendant**") by and through its attorneys Ashford & Wriston, LLLP, hereby submits its scheduling conference statement pursuant to Federal Rules of Civil Procedure ("**FRCP**") Rule 16 and Local Rule 16.2 and states as follows:

I.    NATURE OF THE CASE AND PROCEDURAL POSTURE

Plaintiff's Complaint filed February 13, 207 is styled as a copyright infringement action brought under 17 U.S.C. §§ 101 et seq. and 17 U.S.C. 1202, and alleges that Defendant has infringed upon various copyrights allegedly held by the Plaintiff.  Defendant filed an Answer denying the claims and asserted an affirmative Counterclaim for copyright misuse, among other causes, on April 4,

2017.  After an initial conference with counsel for Plaintiff, Defendant dismissed its Counterclaim on April 17, 2017, without prejudice, to facilitate a resolution of the matter short of trial and avoid potentially unnecessary and expensive motions practice.

## II.    STATEMENT OF JURISDICTION

This court appears to have jurisdiction under 28 U.S.C. § 1331 and § 1338(a) over the claims raised by Plaintiff as the claims sound in federal copyright law.  However, the claims are without merit and/or are subject to valid defenses.

Plaintiff has alleged venue is proper under 28 U.S.C. § 1391(b) and (c) and 28 U.S.C. § 1400(a).  However, Defendant is a North Carolina limited liability company and pursuant to both 28 U.S.C. § 1391(b)(1) and 28 U.S.C. § 1400(a), venue may be proper in North Carolina.

## III.    JURY TRIAL DEMAND

Plaintiff has not demanded a trial by jury.

## IV.    RULE 26 DISCLOSURES

Counsel for Plaintiffs and Defendants have conferred in person on April 11, 2017 and via email.  Initial disclosures will be made on May 31, 2017.

## V.    STATUS OF DISCOVERY

No discovery had been conducted to date.

## VI.    SPECIAL PROCEDURES

None at this time.

## VII. RELATED CASES

There appear to have been at least 52 related cases brought in this District by family members (father and son) Vincent Khoury Tylor and Vincent Scott Tylor, which likely involved similar allegations based and/or similar underlying photographs and copyrights. It appears that the majority of these cases are now closed.

## VIII. ADDITIONAL MATTERS

The parties are open to alternative dispute resolution ("ADR") options, including, without limitation, the option of participation in the court's mediation program. Defendant is not aware of any additional matters that need to be addressed at this time.

DATED: Honolulu, Hawaii; May 10, 2017.

       /s/ Kevin W. Herring
KEVIN W. HERRING
BENJAMIN M. CREPS

Attorneys for Defendant
*OVERMAN HAWAII INT'L – ALOHA HAWAIIAN VACATIONS LLC, a North Carolina Limited Liability Company, dba OVERMAN HAWAII INT'L – ALOHA HAWAIIAN VACTIONS LLC and/or ALOHA HAWAIIAN VACATIONS - OVERMAN HAWAII INT'L, LLC*