# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 17-00064DKW-KSC |
| CASE NAME: | Vincent Khoury Tylor Vs. Overman Hawaii Int'l-Aloha Hawaiian Vacations LLLC, et al. |
| ATTYS FOR PLA: | J. Stephen Street<br>Dand K. Anderson |
| ATTYS FOR DEFT: | Kevin W. Herring<br>Benjamin Maxwell Creps |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | None |
| DATE: | 05/17/2017 | TIME: | 8:57am-9:04am |

COURT ACTION:   EP:   Rule 16 Scheduling Conference

A Rule 16 Scheduling Order will be issued and filed.

1. Non-jury trial on May 21, 2018 at 9:00 a.m. before DKW
2. Final Pretrial Conference on April 10, 2018 at 9:00 a.m. before KSC
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by April 3, 2018
5. File motions to Join/Add Parties/Amend Pleadings by October 20, 2017
6. File other Non-Dispositive Motions by February 21, 2018
7. File Dispositive Motions by December 20, 2017
8a. File Motions in Limine by May 1, 2018
8b. File opposition memo to a Motion in Limine by May 8, 2018
11a. Plaintiff's Expert Witness Disclosures by November 20, 2017
11b. Defendant's Expert Witness Disclosures by December 20, 2017
12. Discovery deadline March 23, 2018
13. Settlement Conference set for 2/8/2018 at 11:00am before KSC
14. Settlement Conference statements by 2/1/2018
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21. File Final witness list by May 1, 2018

24. Exchange Exhibit and Demonstrative aids by April 24, 2018
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by May 1, 2018
26. File objections to the Exhibits by May 8, 2018
28a. File Deposition Excerpt Designations by May 1, 2018
28b. File Deposition Counter Designations and Objections by May 8, 2018
29. File Trial Brief by May 8, 2018
30. File Findings of Fact & Conclusions of Law by May 8, 2018

Other Matters:

Submitted by Leslie L. Sai, Courtroom Manager

CV NO. 17-00064DKW-KSC
Vincent Khoury Tylor Vs. Overman Hawaii Int'l Aloha Hawaiian Vacations LLC, et al.
Rule 16 Scheduling Minutes
May 17, 2017