J. STEPHEN STREET    1573-0
Attorney At Law
134 Maono Place
Honolulu, Hawaii  96821
Telephone No.:    (808) 754-1647
Facsimile No.:    (888) 334-6499
E-mail:    jsstreet@ip-law-hawaii.com

DANE ANDERSON    9349-0
Attorney At Law, LLLC
P.O. Box #1621
Honolulu, Hawaii  96806
Telephone No.:    (808) 285-4760
E-mail:    dane@andersonlawhawaii.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VINCENT KHOURY TYLOR ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OVERMAN HAWAII INT'L - ALOHA ) <br> HAWAIIAN VACATIONS LLC, a ) <br> North Carolina Limited Liability ) <br> Company, dba OVERMAN HAWAII ) <br> INT'L – ALOHA HAWAIIAN ) <br> VACTIONS LLC and/or ALOHA ) <br> HAWAIIAN VACATIONS - ) <br> OVERMAN HAWAII INT'L, LLC; ) <br> JOHN DOES 1-10; JANE DOES 1-10; ) <br> DOE CORPORATIONS 1-10; DOE ) <br> PARTNERSHIPS 1-10; and DOE ) <br> ASSOCIATIONS 1-10, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL NO. <u>17-00064 DKW-KSC</u> <br> (Copyright Infringement) <br><br> CERTIFICATE OF SERVICE |

# **CERTIFICATE OF SERVICE**

I hereby certify that two (2) true and correct copies of the initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) were served on the following on the date and via the means noted below:

**Served by Hand Delivery:**

| | |
|---|---|
| KEVIN W. HERRING, Esq. | kherring@awlaw.com |
| BENJAMIN M. CREPS, Esq. | bcreps@awlaw.com |
| Ashford & Wriston LLP | |
| 999 Bishop Street, Suite 1400 | |
| P.O. Box 131 | |
| Honolulu, Hawaii 96810 | |

Attorneys for Defendant OVERMAN HAWAII INT'L - ALOHA HAWAIIAN VACATIONS LLC.

DATED: Honolulu, Hawaii, May 31, 2017.

/s/ Dane Anderson
J. STEPHEN STREET
DANE ANDERSON
Attorneys for Plaintiff
VINCENT KHOURY TYLOR